Karen A. Ragland, Esq. (SBN 108560)
**FIDELITY NATIONAL LAW GROUP**
915 Wilshire Boulevard, Suite 2100
Los Angeles, California 90017
Telephone: (213) 438-4408
Facsimile: (213) 438-4417
E-mail: Karen.Ragland@fnf.com

Attorneys for Plaintiff,
**FIDELITY NATIONAL TITLE
INSURANCE COMPANY**

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ROBIN D. BREANDA,<br><br>Debtor.<br><br>---<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ROBIN D. BREANDA,<br><br>Defendant. | CASE NO. 6:10-20138 MJ<br><br>CHAPTER 7<br><br>ADV. CASE NO.:6:10-01450 MJ<br><br>DECLARATION RE: DEFAULT UNDER STIPULATION FOR ENTRY OF JUDGMENT<br><br>Date: May 19, 2017<br>Time: 10:00 a.m.<br>Courtroom 301 |

I, KAREN A. RAGLAND, hereby declare as follows:

1.   I am an attorney at law duly licensed to practice in the State of California, and am a member in good standing in the United States District Court for Central District of

1

**DECLARATION RE: DEFAULT UNDER STIPULATION FOR ENTRY OF JUDGMENT**

California. I am one of the attorneys for the Plaintiff, FIDELITY NATIONAL TITLE INSURANCE COMPANY (hereinafter "Plaintiff"), in the above entitled adversary case. As such, I have personal knowledge of the facts set forth herein, and if called, I could and would testify competently thereto.

2. On April 6, 2010, the Debtor, Robin D. Breanda (hereafter "Debtor") filed a petition under Chapter 7 of the U.S. Bankruptcy Code.

3. On July 19, 2010, First Regional Bank CFBO Jon Steele IRA (hereafter "Steele") filed its Complaint to Determine Nondischargeability of Debt against the Debtor, adversary number 6:10-ap-01450 MJ. The Debtor filed an answer to the Complaint.

4. Thereafter, on December 2, 2010, Plaintiff paid Steele the amount of $100,359.57. In exchange, Plaintiff received an Assignment of Deed of Trust from Steele.

5. On February 2, 201, the Court entered the Order substituting Plaintiff in place of Steel as the Plaintiff in the adversary case. Thereafter, Plaintiff filed a First Amended Complaint against the Debtor on January 28, 2011.

6. Thereafter, the parties entered into a stipulation for entry of judgment in the case. The Court approved the Stipulation in May, 2011.

7. However, the Debtor failed to tender the payments required pursuant to the terms of the Stipulation. On February 26, 2016, Plaintiff forwarded a notice of the default "hereafter "Notice #1") under the Stipulation. A copy of that Notice#1 is attached hereto as Exhibit "2" and incorporated herein by this reference.

8. The Debtor failed to respond to this notice of default. On February 6, 2017, Plaintiff forwarded a second notice of default (hereafter "Notice #2") under the Stipulation. A copy of that Notice#2 is attached hereto as Exhibit"3" and incorporated herein by this reference.

9. The Debtor failed to respond to both Notice #1 and #2. As a result, Plaintiff hereby requests that the Court enter the Judgment against the Debtor in the amount of $159,178.08.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 19th day of April, 2017 in Los Angeles, California.

*/s/ Karen A. Ragland*
———————————————
Karen A. Ragland, Declarant.

# EXHIBIT 2

# Fidelity National Title
### Insurance Company

February 26, 2016

Robin D. Breanda
77320 Florida Ave.
Palm Desert, CA 92211-7744

*Via US Certified Mail,*
*Return Receipt Requested*

| | | |
|---|---|---|
| RE: | **NOTICE OF DEFAULT** | |
| | Our Claim No.: | 369550 |
| | Date of Judgment: | April 14, 2011 |
| | Original Judgment Amount: | $100,000.00 |

Dear Ms. Breanda:

By way of introduction, I am a Senior Recoupment Counsel with Fidelity National Title Insurance Company (the "Company") and have taken over administration of the above-referenced claim.

If you recall, the attached Stipulation for Judgment on Plaintiff's Complaint for Judgment and to Determine Dischargeability (the "Judgment") was entered in your bankruptcy proceedings wherein you agreed to pay the Company $1,000.00 per month toward a non-dischargeable judgment in the principal amount of $100,000.00.

To date, the Company has not received any payment or notices of a change of your address.

Please accept this as the Company's notice of default under the Judgment.

Payment must be issued immediately to Fidelity National Title Insurance Company; ATTN: Raymond J. Abrams (Claims 369550); PO Box 241718; Omaha, Nebraska 68124-5718. Please notify the undersigned once payment is issued.

I can also be reached at (402) 498-7038 or via email at raymond.abrams@fnf.com. *Please refer to the claim number above in any communication with this office.*

2533 North 117th Avenue, Omaha, NE 68164-3679 • Phone: 402.498.7000 • Fax: 402.496.8802 • Toll Free: 888.453.4095

**EXHIBIT 3**



# Fidelity National Title
### Insurance Company

February 6, 2017

*VIA CERTIFIED MAIL AND REGULAR MAIL*

Robin D. Breanda
77320 Florida Ave.
Palm Desert, CA 92211

|   |   |
|---|---|
| Claim No.: | 369550 |
| Date of Judgment: | April 14, 2011 |
| ~~Judgment Amount:~~ | ~~$100,000.00~~ |

Dear Ms. Breanda:

By way of introduction, I am Recoupment Counsel with Fidelity National Title Insurance Company (the "Company") and I have recently been assigned to administer the above-referenced claim.

As you already know, the attached Stipulation for Judgment on Plaintiff's Complaint for Judgment and to Determine Dischargeability (the "Judgment") was entered in your bankruptcy proceedings, whereby you agreed to pay the Company $1,000.00 per month toward a non-dischargeable judgment in the amount of $100,000.00.

To date, the Company has not received any payment or notice of your change of address. On February 26, 2016, you received a Notice of Default from attorney Raymond Abrams. You failed to cure the default within 10 days of the Notice of Default being sent, which entitles the Company to enforce the Judgment against you. Furthermore, the Judgment shall bear interest at 10% per annum. Please accept this letter as notice that the balance of the judgment is now $159,178.08.

Payment must be sent within the next fourteen (14) days directly to the undersigned at the following address: Fidelity National Title Insurance Company; ATTN: Christina Blum (Claim 369550); PO Box 241718, Omaha, NE 68124. Please note this is an address change from that originally stated in the Judgment.

Nothing contained herein is intended as, nor should be deemed to constitute, a waiver or relinquishment of any of the Company's rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Thank you for your anticipated cooperation in this matter.

Sincerely,

Christina Blum
Recoupment Counsel
2533 North 117th Avenue
Omaha, NE 68164
Christina.Blum@fnf.com
Direct: (402) 498-7569